# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **WHITNEY ELIZABETH FOSTER,** | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 5:16-cv-00521-MHH |
| **ADVANCED CORRECTIONAL HEALTHCARE INC., et al.,** | ) ) ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT

COME NOW the Parties and, pursuant to the Court's Order of April 6, 2021 (Doc. 165), provides the following Status Report to the Court:

1.   Settlement has been reached in this matter, and the parties are in the process of funding the settlement and executing all necessary documents for the settlement.

2.   A Joint *Pro Tanto* dismissal is being filed simultaneously with this report to effectuate the dismissal of certain defendants.

3.   It is anticipated that a final Stipulation of Dismissal as to the remaining Defendants will be filed with the Court no later than ten (10) days from the date of this report.

Respectfully submitted,

*s/H. C. Ireland, III*_____

H. C. Ireland, III
Attorney for *Advanced Correctional Healthcare, Inc., Tanya Jones, Emmanuel Mbi, Sherri Hakes, Maria Sanchez, Demetrus Johnson, Denetris Hudgins, Mary Jones, Michelle Kirk, Casey Ashley, and Douglas Smith*
PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL  35242
Telephone: (205) 980-5000
Facsimile: (205) 980-5001
Email: ireland@phm-law.com

*s/ Rip Andrews*_____
William "Rip" Andrews, Esq.
Attorney for Plaintiff
MARSH RICKARD & BRYAN, PC
800 Shades Creek Parkway
Suite 600-D
Birmingham, AL 35209
Telephone: 205-879-1981
Facsimile: 205-879-1986
E-mail: ripandrews@mrblaw.com


*s/ David Canupp*_____
David J. Canupp, Esq.
Attorney for *Madison Co., Alabama, former Sheriff Blake Dorning, Jerry Morrison as Administrator of the Estate of Steve Morrison, Cassie Malone, Sheree King, Joyce Williams, Benzilla Anderson, Mildred Patto, Charity Beasley, Shelby Spicer, Felicia Deshields, and Emily Nobles*

2

        LANIER FORD SHAVER & PAYNE, PC
        P. O. Box 2087
        Huntsville, AL  35804-2087
        Telephone: 256-535-1100
        Facsimile: 256-533-9322
        E-mail: djc@lfsp.com

        ***s/ Harold Stephens*_____**
        H. Harold Stephens
        Attorney for *Dr. Arthur Williams*
        BRADLEY ARANT BOULT CUMMINGS, LLP
        200 Clinton Avenue West, Ste. 900
        Huntsville, AL 35801-4900
        Telephone: 256-517-5100
        Facsimile: 256-517-5200
        E-mail: hstephens@bradley.com